UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LARSSEN, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAINT AGNES HOME HEALTH AND HOSPICE, a California Limited Liability Company; TRINITY HOME HEALTH SERVICES, a Michigan Non-Profit Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:26-cv-01544-JLT-FJS<br><br>ORDER RE: JOINT STATUS REPORT; ORDER REQUIRING PARTIES TO REQUEST EXTENSION OF TIME PURSUANT TO LOCAL RULE 233<br><br>(ECF No. 8) |

On May 19, 2026, the parties filed a joint status report pursuant to the court's order setting a mandatory scheduling conference (ECF No. 5.). (*See* ECF No. 8.)  The parties' report requests an extension of the scheduling conference by at least sixty (60) days, to allow for exploration of alternative dispute resolution. (ECF No. 8 at 2.)  The court construes this request as the parties' stipulation for administrative relief pursuant to Local Rule 233.  Accordingly, the scheduling conference currently set for May 26, 2026, is continued to July 27, 2026, at 9:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer.  The parties shall file a joint scheduling report seven (7) days prior to the conference.  The parties shall appear at the

conference remotely by telephone.  The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference.  The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **May 20, 2026**

UNITED STATES MAGISTRATE JUDGE