**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER LARSSEN, on behalf of herself and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAINT AGNES HOME HEALTH AND HOSPICE, a California Limited Liability Company; TRINITY HOME HEALTH SERVICES, a Michigan Non-Profit Corporation; and DOES 1 through 10, inclusive<br><br>                    Defendants. | Case No.  1:26-cv-01544-JLT-FJS<br><br>ORDER RE: NOTICE OF WITHDRAWAL AS ATTORNEY<br><br>(ECF No. 11) |

In view of the notice of withdrawal as counsel for Plaintiff (ECF No. 11), the Clerk of Court is hereby DIRECTED to terminate ANNUREET K. BEZWADA as an attorney of record for Plaintiff Jennifer Larsen ("Plaintiff"). Plaintiff will continue to be represented in this matter by the remaining attorneys of record. *See* L.R. 182(b).

IT IS SO ORDERED.

Dated:   **June 24, 2026**

_____
UNITED STATES MAGISTRATE JUDGE