UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JENNIFER LARSSEN,

Plaintiff,

v.

SAINT AGNES HOME HEALTH AND HOSPICE, et al.,

Defendants.

CASE NO. 1:26-cv-01544-JLT-FJS

ORDER CONTINUING SCHEDULING CONFERENCE

(ECF No. 13)

Having considered the parties' joint scheduling report (ECF No. 13), requesting that the current scheduling conference be continued, and good cause appearing, the court ORDERS:

1. The parties' request (ECF No. 13) is GRANTED to continue the scheduling conference pursuant to the court's calendar;

2. The scheduling conference currently set for July 27, 2026, is CONTINUED to November 24, 2026, at 10:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;

3. The parties shall file their updated joint scheduling report seven (7) days before the rescheduled conference; and

4. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **July 22, 2026**

UNITED STATES MAGISTRATE JUDGE