UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JENNIFER LARSSEN, on behalf of herself and on behalf of all others similarly situated,

Plaintiff,

v.

SAINT AGNES HOME HEALTH AND HOSPICE, a California Limited Liability Company; TRINITY HOME HEALTH SERVICES, a Michigan Non-Profit Corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 1:26-cv-01544-JLT-FJS

ORDER CONTINUING SCHEDULING CONFERENCE

(ECF No. 15)

The SCHEDULING CONFERENCE currently set for November 24, 2026, is continued to January 28, 2027, at 9:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a Joint Scheduling Report seven (7) days prior to the conference.

The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **November 23, 2026**

UNITED STATES MAGISTRATE JUDGE